ADELMAN
**WILLIAM E. DUFFIN**
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin
#### Division

SCANNED
FEB 16 2023
AND EMAILED

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2023 FEB 16 P 1: 55

_____ COURT

Case No. **23-C-0225**
*(to be filled in by the Clerk's Office)*

Stephen Lewis )
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
Marc Gorenc, Nancy Joseph )
Laura Kwaterski, Nathan )
Peskie, Boda Gajevich )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     Stephen Lews
Address     7849 N 60th St. Unit F
      Milwaukee    WI     53223
            *City*          *State*       *Zip Code*

County
Telephone Number    262-365-4408
E-Mail Address    Tomikajocsling@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Nancy Joseph
Job or Title *(if known)*    Federal Magistrate
Address    517 E. Wisconsin Ave.
      Milwaukee    WI    5
            *City*          *State*       *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name    Nathan Peskie
Job or Title *(if known)*    DOJ Agent
Address
      Milwaukee    WI
            *City*          *State*       *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

Bodo Gajevich
DCI/HIDTA Agent

Milwaukee    Wi

                   *City*          *State*        *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

Milwaukee

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

Laura Kwaterski
Federal prosecutor
517 E. Wisconsin Ave
Milwaukee    Wi

                   *City*          *State*        *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

Milwaukee

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☒ Federal officials (a *Bivens* claim)

     ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Illegal search and seizure, false arrest, and false imprisonment, and due process.

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Milwaukee, Wi

B.      What date and approximate time did the events giving rise to your claim(s) occur?

September 3, 2017

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* illegal search and seizure, false arrest, false arrest and prosecutorial misconduct. As well as police misconduct, and due process.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. They illegally searched and seized over ~~$200,000~~ due to their bogus search warrant and affidavit and caused me not to be there with my mom in her last days of battling stage 4 cancer which loss on Dec. 27, 2017, and my newborn which was premature a month before they falsely arrested and imprisoned me. Then the magistrate and prosecutor justified the agents and their actions which lead to me not getting a speedy trial, nor bond for a little over 2 years. I never had an evidentiary hearing which lead to Pamela Peppers ruling in my favor for a Frank's hearing which I never received because the prosecutor kept making excuses to postpone it. I would also like compensation for emotional distress and pain suffering because being taken away from my mother really took a toll on me and

the time I missed with their lives to keep me detain

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. **I declare under penalty of perjury that the information contained in this document is true and correct.**

Date of signing:     2/15/~~2020~~ 2023

Signature of Plaintiff     *Stephen Lewis*
Printed Name of Plaintiff     Stephen Lewis

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number
E-mail Address